JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIN AZOD, an individual; DR. RAMEZ ELGAMMAL, an individual; DR. SHANTANU SHARMA, an individual; DR. DONG ZHANG, an individual, and PETER JOHN, an individual,<br><br>Petitioners,<br><br>v.<br><br>JAMES G. ROBINSON, an individual; MORGAN CREEK PRODUCTIONS, INC., a Delaware corporation; CECILIA, LLC, a Delaware Limited Liability Company; GOOD STUFF, LLC, a Delaware Limited Liability Company,<br><br>Respondents. | Case No.: 2:22CV05214-CAS (MRWx)<br><br>**FINAL JUDGMENT** |

Petitioners Dr. Shantanu Sharma, Dr. Dong Zhang, Peter John, Dr. Ramez Elgammal, and Armin Azod ("Azod Parties"), by and through their counsel of record, Steffin Azod, LLP, filed a Motion to Confirm Arbitration Final Award, which came for hearing on November 7, 2022, at 10:00 a.m., before the Court.

Having considered all of the pleadings and arguments submitted by the parties in connection with this motion, the pleadings and papers on file, and any oral and/or documentary evidence presented at the time of hearing:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The JAMS Final Award (Corrected) dated May 18, 2022 (the "Final Award"), which resolved the arbitration entitled <u>Azod et al., v. Robinson et al.</u>, JAMS Reference No. 1415013632 (the "Arbitration"), is confirmed in all respects. Accordingly, the following relief is awarded:

**<u>Contract Damages (against Respondents Cecilia, LLC and Good Stuff, LLC)</u>**

2. <u>Contract damages</u>: Respondents Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, contract damages totaling $905,636, in accordance with the terms of the Final Award.

3. <u>Prejudgment interest on contract damages</u>: Respondents Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, pre-judgment interest at a rate of six percent (6%) per annum as applied and accrued on the following respective contract damages amounts and on the following dates, in accordance with the terms of the Final Award, and totaling $355,303:

    a. $120,000, which comprises 6% annual interest on $300,000 accrued from September 30, 2015, through May 17, 2022;

    b. $11,377, which comprises 6% annual interest on $28,443 accrued from September 30, 2015, through May 17, 2022;

    c. $192,500, which comprises 6% annual interest on $500,000 accrued from December 31, 2015, through May 17, 2022;

    d. $10,951, which comprises 6% annual interest on $28,443 from December 31, 2015, through May 17, 2022;

    e. $20,475, which comprises 6% annual interest on $5,417 accrued on the 15th each of month beginning in January 2015 and continuing through

and including September 2015 through May 17, 2022;

4. <u>Post-judgment interest on the contract damages:</u>  Respondents Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, post-judgment interest at a rate of ten percent (10%) per annum on the contract damages amount ($905,636) and the pre-judgment interest on those contract damages ($355,303), for the time period from the date of entry of the Final Award, May 18, 2022, to the date of entry of this judgment, in an amount totaling $60,528.76.

5. <u>Post-judgment interest on the contract damages after entry of this judgment:</u>  Post-judgment interest on the contract damages ($905,636), on the pre-judgment interest on those contract damages ($355,303), and on the applicable post-judgment interest from the time-period between the Final Award and the entry of this judgment, will continue to accrue as set forth in 28 U.S.C. § 1961, from the date of entry of this judgment until full and final payment.

**Attorneys' Fees and Costs (against Respondents James G. Robinson, in his personal capacity; Morgan Creek Productions, Inc.; Cecilia, LLC; and Good Stuff, LLC**

6. <u>Attorneys' fees:</u>  Respondents James G. Robinson in his personal capacity, Morgan Creek Productions, Inc., Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, their attorney's fees in connection with the Arbitration proceedings, totaling $3,576,250, in accordance with the terms of the Final Award;

7. <u>Post-judgment interest on attorneys' fees:</u>  Respondents James G. Robinson in his personal capacity, Morgan Creek Productions, Inc., Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, post-judgment interest at a rate of ten percent (10%) per annum on the awarded attorneys' fees ($3,576,250), for the time period from the date of entry of the Final Award, May 18, 2022, to the date of

entry of this judgment in an amount totaling $177,342.81.

8. <u>Post-judgment interest on attorneys' fees after entry of this judgment:</u> Post-judgment interest on attorneys' fees and on the applicable post-judgment interest from the time-period between the Final Award and the entry of this judgment, will continue to accrue as set forth in 28 U.S.C. § 1961, from the date of entry of this judgment until full and final payment.

9. <u>Costs:</u> Respondents James G. Robinson in his personal capacity, Morgan Creek Productions, Inc., Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, their costs incurred in connection with the Arbitration proceedings, totaling $862,171, in accordance with the terms of the Final Award;

10. <u>Post-judgment interest on costs:</u> Respondents James G. Robinson in his personal capacity, Morgan Creek Productions, Inc., Cecilia, LLC, and Good Stuff, LLC, shall jointly and severally pay to the Azod Parties, by and through their attorneys of record Steffin Azod, LLP, post-judgment interest at a rate of ten percent (10%) per annum on the awarded costs ($862,171) for the time period from the date of entry of the Final Award, May 18, 2022, to the date of entry of this judgment, in an amount totaling $42,754.23.

11. <u>Post-judgment interest on costs after entry of this judgment:</u> Post-judgment interest on costs and on the applicable post-judgment interest from the time-period between the Final Award and the entry of this judgment, will continue to accrue as set forth in 28 U.S.C. § 1961, from the date of entry of this judgment until full and final payment.

**IT IS SO ORDERED** in Chambers, Los Angeles, California, this fifteenth day of November, 2022.

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA